IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DESHAWN MALONE,

    Plaintiff,               No. 2:11-cv-2468 EFB P

    vs.

F. GONZALEZ, et al.,

    Defendants.        <u>ORDER</u>

        Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action under 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent. *See* E.D. Cal. Local Rules, Appx. A, at (k)(4). After a dismissal pursuant to 28 U.S.C. § 1915A(a), plaintiff has filed an amended complaint. Dckt. No. 13.

        Plaintiff alleges a violation of his civil rights in Kern County, California. Kern County is in the Fresno Division of the United States District Court for the Eastern District of California, and this action should have been commenced there. E.D. Cal. Local Rule 120(d). Where a civil action has not been commenced in the proper division of a court, the court may, on its own motion, transfer the action to the proper division. E.D. Cal. Local Rule 120(f).

////

Accordingly, it is hereby ordered that:

1. This action is transferred to the Fresno Division.

2. The Clerk of Court shall assign a new case number.

3. All future filings shall bear the new case number and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED:  October 29, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE